**No. 55939.**—J. S. Finch & Co., Inc., et al. *v.* United States, protests 134763–K, etc. (Pittsburgh).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.